IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR175 |
| | ) | |
| v. | ) | |
| | ) | |
| COURTNEY NEITZEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to seal (Filing No. 35). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to seal is granted. The pleading to which plaintiff refers shall remain sealed pending further order of the Court.

DATED this 10th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court